ROBERT GOLDSTEIN (SBN 184226)
SARAH W. DRINKWATER (SBN 264775)
Law Offices of Robert L. Goldstein
100 Bush Street #501
San Francisco, CA 94104
Phone: (415) 391-8700
Fax: (415) 391-8701

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ROCHELLE V. MONASTERIAL,<br><br>Debtor(s). | Case No.: 11-42266<br><br>Chapter 13<br><br>**OPPOSITION TO MOTION AND DECLARATION TO DISMISS**<br><br>Judge: Hon. Roger L. Efremsky<br>Place: U.S. Bankruptcy Court<br>      1300 Clay Street<br>      Oakland, California 94612 |

TO: THE HONORABLE JUDGE OF THIS COURT:

    THE LAW OFFICES OF ROBERT L. GOLDSTEIN, ATTORNEY FOR DEBTOR, HEREBY respectfully objects to the Trustee's *Motion and Declaration to Dismiss Proceedings for Case Deficiencies and Notice Thereon* (hereinafter "Motion") as follows:

    The Trustee has moved the Court to dismiss this case on the grounds that Debtor has failed to file the proposed Motion to Value.

On June 1, 2011, Debtor, through her attorney, filed the Motion to Value and Declaration of Rochelle Monasterial. *See* Docket No. 17 & 18. In response to Creditor Fremont Bank's objection to Confirmation on the basis of the proposed Motion to Value, Debtor also filed set a hearing on the Motion to Value for June 29, 2011. Notice of this hearing was filed on June 1, 2011. *See* Docket No. 19.

WHEREFORE, based on the above, the Law Offices of Robert L. Goldstein respectfully Objects to the Dismissal and requests a Hearing or that the Trustee withdraw the Motion.

Date: June 1, 2011

/s/ Sarah Drinkwater
Sarah Drinkwater, SBN 264775
Attorney for Debtor Rochelle Monasterial

OPPOSITION TO MOTION TO DISMISS