```
 1  Martha G. Bronitsky
    Chapter 13 Standing Trustee
 2  24301 Southland Dr #200
    Hayward,CA 94545-1541
 3  (510) 266- 5580

 4  Trustee for Debtor(s)

 5
                    UNITED STATES BANKRUPTCY COURT
 6                  NORTHERN DISTRICT OF CALIFORNIA

 7  In Re:                          Chapter 13 Case No:
       Rochelle V Monasterial       11-42266-RLE13
 8  _____
                        WITHDRAWAL
 9                          OF
       Trustees Motion and Declaration to Dismiss Proceedings for Case Deficiencies
10  _____

11      Martha G. Bronitsky, Chapter 13 Standing Trustee,  hereby withdraws her Trustees Motion

12  and Declaration to Dismiss Proceedings for Case Deficiencies  for the above named Chapter 13 Case

13  which was filed on May 13, 2011, same being court docket #15.

14

15
    Date: June 02, 2011               /s/ Martha G. Bronitsky
16                                    _____
                                      Signature of Martha G. Bronitsky
17                                    Chapter 13 Standing Trustee
```

| In Re:                      | Chapter 13 Case No: |
|                             | 11-42266-RLE13      |
| Rochelle V Monasterial      |                     |

### Certificate of Service

I hereby certify that I have served a copy of the within and foregoing document on the debtor (s) and counsel for debtor (s) at the addresses listed below by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Rochelle V Monasterial | Robert L Goldstein Atty |
| 1506 Fernside Blvd     | 100 Bush St #501        |
| Alameda, CA 94501      | San Francisco, CA 94104 |
| (Debtor(s))            | (Counsel for Debtor(s)) |

Date: June 02, 2011        /s/ Veronica Valdez
                           Veronica Valdez