Entered on Docket
June 16, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed June 15, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

ROBERT GOLDSTEIN (SBN 184226)
SARAH W. DRINKWATER (SBN 264775)
Law Offices of Robert L. Goldstein
100 Bush Street #501
San Francisco, CA 94104
Phone: (415) 391-8700
Fax: (415) 391-8701

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ROCHELLE MONASTERIAL<br><br>Debtors. | Case No.: 11-42266 RLE 13<br><br>Chapter 13<br><br>**ORDER CONTINUING HEARING ON MOTION TO AVOID LIEN OF FREMONT BANK**<br><br>Date: July 19, 2011<br>Time: 1:30 PM<br>Judge: Hon. Roger L. Efremsky<br>Place: U.S. Bankruptcy Court<br>      1300 Clay Street, Crtrm. 201<br>      Oakland, California 9461 |

Upon consideration of the *Agreement and Stipulation Continuing Hearing on Motion to Avoid Lien of Freemont Bank* ("Motion"):

IT IS HEREBY ORDERED that the hearing on the Motion to Avoid Lien of Fremont Bank be continued to July 19, 2011 at 1:30 PM.

**END OF ORDER.**

1

ORDER CONTINUING HEARING

**Court Service List**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28